**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MR INVESTMENTS, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-3354989** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6445 LAKE ROAD TERRACE STE 301** <br> **WOODBURY, MN 55125** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Washington** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor   **MR INVESTMENTS, LLC**
_____ Name _____   Case number (*if known*) _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor  **MR INVESTMENTS, LLC**
 _____   Case number (*if known*) _____
 Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____  When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **MR INVESTMENTS, LLC**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **MR INVESTMENTS, LLC**
_____    Case number (*if known*) _____
Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 4, 2023**
_____
MM / DD / YYYY

**X** **/s/ MICHAEL J. RUOHO**
_____    **MICHAEL J. RUOHO**
Signature of authorized representative of debtor    _____
Printed name

Title    **CHIEF MANAGER**
_____

**18. Signature of attorney**

**X** **/s/ JOHN D. LAMEY III**
_____    Date    **April 4, 2023**
Signature of attorney for debtor    _____
MM / DD / YYYY

**JOHN D. LAMEY III 0312009**
_____
Printed name

**LAMEY LAW FIRM, P.A.**
_____
Firm name

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
_____
Number, Street, City, State & ZIP Code

Contact phone    **651.209.3550**    Email address    **JLAMEY@LAMEYLAW.COM**
_____            _____

**0312009 MN**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April  4, 2023**          X */s/ MICHAEL J. RUOHO*
                                         Signature of individual signing on behalf of debtor

                                         **MICHAEL J. RUOHO**
                                         Printed name

                                         **CHIEF MANAGER**
                                         Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **MR INVESTMENTS, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF MINNESOTA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BUSINESS BAKER 10856 REED HARTMAN HWY STE 100 BLUE ASH, OH 45242** | | **UNSECURED** | | | | **$142,419.33** |
| **EHL LLC AND LA LLC ATTN: ROGER SITZMAN PRES 1078 OVERLOOK DRIVE Chaska, MN 55318** | | **ALL ASSETS** | | **$202,000.00** | **$68,376.15** | **$133,623.85** |
| **FIREHOUSE OF AMERICA LLC ATTN DON FOX CEO 12735 GRAN BAY PARKWAY STE 150 Jacksonville, FL 32258** | | **UNSECURED / ROYALTY FEES** | | | | **$35,000.00** |
| **IRS PO BOX 7346 Philadelphia, PA 19101-7346** | | **PRIORITY TAXES** | | | | **$72,298.00** |
| **KYLEESTATE II LLC ATTN KYLE R SIMONSON CHIEF MGR 13950 GROVE DR STE 300 Osseo, MN 55311** | | **UNSECURED / LANDLORD** | | | | **$38,000.00** |
| **MEDA 1256 PENN AVE. N SUITE 4800 Minneapolis, MN 55411** | | **UNSECURED** | | | | **$26,873.00** |

| Debtor | **MR INVESTMENTS, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **MINNESOTA DEPT OF REV COLLECTION DIVISION PO BOX 64564 Saint Paul, MN 55164-0564** | | **PRIORITY TAXES** | | | | **$60,000.00** |
| **PAMSTAL RESTAURANTS LLC 1024 RIVER DRIVE River Falls, WI 54022** | | **FIXTURES, EQUIPMENT, AND INVENTORY** | | **$64,105.00** | **$0.00** | **$64,105.00** |
| **STEVEN AND PATRICIA LINEHAN 1024 RIVER DRIVE River Falls, WI 54022** | | **UNSECURED/POSSIBLE CLAIM** | **Disputed** | | | **$0.00** |
| **TAMARACK VILLAGE SHOPPING CENTER 7650 EDIENBOROUGH WAY STE 375 EDINA, MN 55435** | | **UNSECURED** | | | | **$0.00** |
| **US SMALL BUSINESS ADMINISTRATION EIDL LOAN 2 NORTH ST STE 320 Birmingham, AL 35203** | | **BLANKET LIEN - ALL ASSETS** | | **$499,900.00** | **$0.00** | **$499,900.00** |

**Fill in this information to identify the case:**

Debtor name   **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................... $       0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................. $     68,376.15

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*................................................................................... $     68,376.15

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     766,005.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     132,298.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     242,292.33

4.   **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b

$     1,140,595.33

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
| --- |
| Debtor name    **MR INVESTMENTS, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | $500.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **ASSOCIATED BANK (NEGATIVE BALANCE)** | **CHECKING** | | $0.00 |
| 3.2. | **WELLS FARGO BANK, N.A.** | | 3416 | $1,533.22 |
| 3.3. | **WELLS FARGO BANK, N.A.** | | 0001 | $1,036.78 |
| 3.4. | **WELLS FARGO BANK, N.A.** | | 3597 | $34.89 |
| 3.5. | **WELLS FARGO BANK, N.A.** | | 7567 | $476.26 |
| 3.6. | **WELLS FARGO BANK, N.A.** | | 9179 | $353.65 |

Debtor  **MR INVESTMENTS, LLC**                     Case number *(If known)* _____
Name

| 3.7. | **WELLS FARGO BANK, N.A.** | | 9187 | $643.86 |

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**                                                    **$4,578.66**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**     **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **DEPOSITS WITH LANDLORDS - IN DEFAULT, LIKELY OFFSET** | $0.00 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

**9.**     **Total of Part 2.**                                                   **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**     **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

    ■ No.  Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:**     **Investments**

**13. Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials**<br>**INVENTORY -**<br>**PERISHABLE GOODS** | | $0.00 | Liquidation | $8,000.00 |

**20.**     **Work in progress**

**21.**     **Finished goods, including goods held for resale**

Debtor    **MR INVESTMENTS, LLC**_____    Case number *(If known)*_____
Name

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                                    **$8,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** SEE ATTACHED EXHIBIT A | $111,869.00 | Liquidation | $55,797.49 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                    **$55,797.49**

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **MR INVESTMENTS, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. | **2022 GMC SIERRA (TITLED IN THE<br>NAME OF MR. RUOHO BUT PAID FOR<br>BY COMPANY)** | $0.00 | | $0.00 |
|---|---|---|---|---|

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.  **Total of Part 8.**

| | $0.00 |
|---|---|

Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60.  **Patents, copyrights, trademarks, and trade secrets**

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

| **FIREHOUSE SUB FRANCHISE** | $0.00 | | $0.00 |
|---|---|---|---|

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

Debtor    **MR INVESTMENTS, LLC**                                                    Case number *(If known)* _____
_____
Name

65.    **Goodwill**

66.    **Total of Part 10.**                                                                        | **$0.00** |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **MR INVESTMENTS, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,578.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $55,797.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,376.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $68,376.15 |

# EXHIBIT A

## WOODBURY LOCATION

| Item # | Rec. Qty. | U/M | Part | Description | Condition | Price Per | Purchase Price | Liquidation Price |
|---|---|---|---|---|---|---|---|---|
| | | | | **Equipment** | | | | |
| 1 | 1 | EA | FIRETSSU7230MB | Refrig Make Table 72", Red 12" cut board, 30-1/6 sz pans, 6" dp, 4-20" adapter bars | Good | $ 3,523.04 | $ 3,523.04 | $ 1,761.52 |
| 7 | 1 | EA | FIRETSSU4818MB | Refrig Make Table 48", Red 12' cut baord, 18-1/6 sz pans, 6" dp | Good | $ 2,697.73 | $ 2,697.73 | $ 1,348.87 |
| 8 | 1 | EA | MOEQCR48 | Squeeze Bottle Rail for TSSU4818 | Good | $ 179.00 | $ 179.00 | $ 89.50 |
| 11 | 1 | EA | FIREGDM23RH | Single Section Glass Door Right-Hinged Refrigerator w/Firehouse Subs Logo | Good | $ 1,618.85 | $ 1,618.85 | $ 809.43 |
| 12 | | EA | FIREGDM23LH | Single Section Glass Door Left-Hinged Refrigerator w/Firehouse Subs Logo | Good | $ 1,618.85 | $ 1,618.85 | $ 809.43 |
| 13 | 1 | SET | TRUE830277 | Casters for GDM-23 Merchandiser, sold by set of 4 | Good | $ 197.43 | $ 197.43 | $ 98.72 |
| 16 | 1 | EA | FIRET72 | Three Section Reach-In Refrigerator | Good | $ 3,654.19 | $ 3,654.19 | $ 1,827.10 |
| 21 | 1 | EA | FIRET23FLH | One Section Reach-In Freezer---Left Hinge | Good | $ 2,541.99 | $ 2,541.99 | $ 1,271.00 |
| 23 | 2 | SET | TRUE920158 | Replacement Shelf Clips Zinc for True Refrigeration, Sold by the Set of 4 | Good | $ 2.53 | $ 5.06 | $ 2.53 |
| 24 | 1 | EA | STAR214HXETB | Conveyor Toaster 208/30/1 - Metal Elements (LEFT to RIGHT) | Good | $ 1,847.18 | $ 1,847.18 | $ 923.59 |
| 28 | 3 | EA | STAR2NZ11215 | Heating Element for 214 Toaster, 208 VOLT (Special Order) | Good | $ 103.80 | $ 311.40 | $ 155.70 |
| 34 | 8 | EA | ANTU9100165 | Roundup Countertop Steamer w/Timer, Manual Fill, 120V | Good | $ 1,206.00 | $ 9,648.00 | $ 4,824.00 |
| 45 | 1 | EA | EAGLT3036SB | 36"L x 30"W Worktable w/stainless steel shelf | Good | $ 315.94 | $ 315.94 | $ 157.97 |
| 46 | 1 | EA | EAGL3036SADJUS184 | 36"L x 30"W Undershelf ONLY for Worktable, stainless steel  (Special Order) | Good | $ 199.50 | $ 199.50 | $ 99.75 |
| 49 | | EA | EAGLT3060SB | 60"L x 30"W Worktable w/stainless steel shelf | Good | $ 378.87 | $ 757.74 | $ 378.87 |
| 50 | Per Plan | EA | EAGL3060SADJUS184 | 60"L x 30"W Undershelf ONLY for Worktable, stainless steel  (Special Order) | Good | $ 240.46 | $ 240.46 | $ 120.23 |
| 57 | | EA | BJPRD540314G | Casters 5" Expandable without Brakes (Sold by the each)--2 EACH per Tbl | Good | $ 16.00 | $ 16.00 | $ 8.00 |
| 61 | | EA | BJPRD5400314G | Casters 5" Expandable without Brakes (Sold by the each)--3 EACH per Tbl | Good | $ 16.00 | $ 16.00 | $ 8.00 |
| 63 | | EA | BJPLGS1424 | 14" x 24" Shelf, Green Epoxy Coated | Good | $ 10.65 | $ 31.95 | $ 15.98 |
| 64 | Per Plan | EA | SKIWLGS1430 | 14" x 30" Shelf, Green Epoxy Coated | Good | $ 12.27 | $ 12.27 | $ 6.14 |
| 77 | | EA | SKIWLGS1854 | 18" x 54" Wall Shelf, Green Epoxy Coated | Good | $ 23.88 | $ 71.64 | $ 35.82 |
| 90 | | EA | BJPLGS2472 | 24" x 72" Shelf, Green Epoxy Coated | Good | $ 42.63 | $ 42.63 | $ 21.32 |
| 101 | 1 | EA | TAYLTE10R | Digital Portion Scale, 10 lb x 1/8 oz, Battery is Rechargeable, Larger Platform | Good | $ 131.46 | $ 131.46 | $ 65.73 |
| 103 | 1 | EA | EDLUDS10 | Digital Portion Scale, 10 lb x .1 oz | Good | $ 232.56 | $ 232.56 | $ 116.28 |
| 105 | 1 | EA | TAYLTE150 | Digital Receiving Scale, 150 lb x .2 lb | Good | $ 119.70 | $ 119.70 | $ 59.85 |
| 113 | 1 | EA | NEMCN556001 | Tomato Slicer, Manual 3/16" Cut | Good | $ 187.50 | $ 187.50 | $ 93.75 |
| 115 | 1 | EA | NEMC4661 | 3/16" Easy Tomato Slicer Replacement Blade Assembly, Straight | Good | $ 25.83 | $ 25.83 | $ 12.92 |
| 116 | 1 | EA | NEMC556251 | 3/16" Easy Tomato Slicer Pusher Assembly | Good | $ 77.66 | $ 77.66 | $ 38.83 |
| 118 | 1 | EA | NEMC566001 | Tomato Slicer II, Manual 3/16" Cut, PRETENSIONED BLADE CARTRIDGE | Good | $ 258.67 | $ 258.67 | $ 129.34 |
| 129 | 1 | EA | NEMCN555508 | Wedger 8 Section | Good | $ 104.55 | $ 104.55 | $ 52.28 |
| 132 | 3 | EA | MOEQDELIWRAP15X1 | Deli Wrap Holder,  **15 x 15** | Good | $ 40.81 | $ 122.43 | $ 61.22 |
| 137 | 1 | EA | CUSTSAUCERAILFH | Custom Formica Sauce Rail  48-1/2"L x 8"W | Good | $ 275.00 | $ 275.00 | $ 137.50 |
| 147 | 2 | EA | NEMC6055A | Countertop Food Warmer | Good | $ 101.79 | $ 203.58 | $ 101.79 |

| 159 | 1 | EA | AMANRCS10DSE | Microwave Oven, 1000 watts | Good | $ 326.98 | $ 326.98 | $ 163.49 |
| 162 | 1 | SET | M&SBRACEBRACKET | Bracing Bracket for Slicer Table | Good | $ 27.75 | $ 27.75 | $ 13.88 |
| 167 | 1 | EA | RUBBFG78188LPLAT | Baby Changing Station, Horizontal | Good | $ 144.60 | $ 144.60 | $ 72.30 |
| | | | | Subtotal | | | $ 31,785.12 | $15,892.56 |
| | | | | | | | $ - | |

### Furniture and Seating

| 168 | 50 | EA | SKIC2012 | NEW RED STACKABLE CHAIRS---COMPLETE WITH SEAT CUSHION | | $ 45.50 | $ 2,275.00 | $ 1,137.50 |
| 171 | 3 | EA | SKIREDBARSTOOLFRA | Barstool Frame Only, Red Ladderback | | $ 45.32 | $ 135.96 | $ 67.98 |
| 177 | 20 | EA | SKICTT2430FH | 24" x 30" Dalmation Tabletop | | $ 58.30 | $ 1,166.00 | $ 583.00 |
| 179 | 1 | EA | SKICTT2448FH | 24" x 48" Dalmation Tabletop  ADA Tabletop | | $ 68.30 | $ 68.30 | $ 34.15 |
| 189 | 2 | EA | CUSTTRASHCABDP | Trash Cabinet - New Style w/Diamond Plate Front | | $ 689.00 | $ 1,378.00 | $ 689.00 |
| 190 | 2 | EA | UPDATCSQ35B | Liner 35 Gallon, Black for Trash Cabinets | | $ 41.50 | $ 83.00 | $ 41.50 |
| 194 | 1 | EA | CUSTZZZCASTER | Rplcmnt Caster for Trash Cab. (Each) (Allow 3 Weeks from Ordering) | | $ 8.79 | $ 8.79 | $ 4.40 |
| 195 | 1 | EA | CUSTZZZDOOR | Rplcmnt Door for Trash Cab.-need info. to Order(Allow 3 Weeks from Ordering) | | $ 193.39 | $ 193.39 | $ 96.70 |
| 198 | 2 | EA | PLAN22024300150 | Outdoor Tabletop & Base, 24" x 30", Mesh, **2-TOP, WILL NOT HOLD UMBRELLA** --PLAN23427000150 | | $ 132.78 | $ 265.56 | $ 132.78 |
| 200 | 1 | EA | PLAN22236480150 | Outdoor Table and Base, 36" x 48", Solid Top, ADA Compliant, 18" Clearance for Wheelchair  (Special Order) | | $ 333.34 | $ 333.34 | $ 166.67 |
| 207 | 2 | EA | OLDS1RO | High Chair w/Safety Straps, Natural in color | | $ 58.64 | $ 117.28 | $ 58.64 |
| 209 | 1 | ST | HOWA9FS0025 | Firehouse Standard Menu Board--- **HARDWARE ONLY,  NO MAGNETS** | | $1,574.89 | $ 1,574.89 | $ 787.45 |
| | | | | Subtotal | | | $ 7,599.51 | $ 3,799.76 |
| | | | | | | | $ - | |

### Plumbing

| 213 | Per Plan | EA | BOOSE3S8182414T24 | 3 Comp. Sink 18"x24" w/24" Drainbd Left&Right, 14" Dp104" Overall | | $ 818.81 | $ 818.81 | $ 409.41 |
| 214 | 1 | EA | T&SB0133B | Pre-Rinse w/Flex Hose & Wall Bracket, for 3-comp sinks | | $ 244.21 | $ 244.21 | $ 122.11 |
| 221 | 1 | EA | T&SB0267 | Faucet 12" Dbl Jointswing Nozzle---this would replace T&SB0231 | | $ 163.66 | $ 163.66 | $ 81.83 |
| 223 | Per Plan | EA | BOOSPBHSW1410PSS | Hand Sink w/Faucet 15" x 17" w/Splash Guards | | $ 145.00 | $ 435.00 | $ 217.50 |
| | | | | Subtotal | | | $ 1,661.68 | $ 830.84 |
| | | | | | | | $ - | |

### Smallwares

| 227 | 4 | EA | CAMB26CF110 | 1/2 sz. x 6"D Coldfest Pan, w/chillable Gel | | $ 28.96 | $ 115.84 | $ 57.92 |
| 235 | 58 | EA | CAMB20PPCWSC438 | 1/2 sz. **SEAL** Cover for Food Pan | | $ 3.01 | $ 174.58 | $ 87.29 |
| 237 | 0 | EA | CAMB26CW135 | 1/2 sz. x 6"D Clear Food Pan | | $ 7.81 | $ 367.07 | $ 183.54 |
| 238 | 11 | EA | CAMB30CW135 | 1/3 sz. Clear Cover for Food Pan w/out Handle | | $ 2.84 | $ 31.24 | $ 15.62 |
| 239 | 36 | EA | CAMB30PPCWSC438 | 1/3 sz. **SEAL** Cover for Food Pan | | $ 2.26 | $ 81.36 | $ 40.68 |
| 242 | 22 | EA | CAMB36CW135 | 1/3 sz. x 6"D Clear Food Pan | | $ 5.89 | $ 129.58 | $ 64.79 |
| 243 | 41 | EA | CAMB60CWC135 | 1/6 sz. Clear Cover for Food Pan | | $ 2.03 | $ 83.23 | $ 41.62 |
| 246 | 2 | EA | CAMB60PPCWSC438 | 1/6 sz. **SEAL** Cover for Food Pan **,** chix salad | | $ 1.59 | $ 3.18 | $ 1.59 |

| 247 | 3 | EA | CAMB60CWD135 | 1/6 sz. Clear Drain Shelf | | $ | 1.22 | $ | 3.66 | $ | 1.83 |
| 249 | 30 | EA | CAMB64CW135 | 1/6 sz. x 4"D Clear Food Pan | | $ | 3.05 | $ | 91.50 | $ | 45.75 |
| 251 | 10 | EA | CAMB90CWC135 | 1/9 sz. Clear Lid | | $ | 2.26 | $ | 22.60 | $ | 11.30 |
| 256 | 30 | EA | CAMB94CW135 | 1/9 sz. x 4"D Clear Food Pan | | $ | 3.34 | $ | 100.20 | $ | 50.10 |
| 257 | 11 | EA | CAMB30HPC150 | 1/3 sz. Amber Cover for Food Pan - High Heat | | $ | 7.69 | $ | 84.59 | $ | 42.30 |
| 258 | 4 | EA | CAMB30HPCH150 | 1/3 sz. Amber Cover w/Handle - High Heat | | $ | 8.68 | $ | 34.72 | $ | 17.36 |
| 260 | 21 | EA | CAMB36HP772 | 1/3 sz. x 6"D, PLASTIC SANDSTONE Food Pan - High Heat | | $ | 19.39 | $ | 407.19 | $ | 203.60 |
| 261 | 6 | EA | CAMB60HPC150 | 1/6 sz. Amber Cover w/out Handle - High Heat | | $ | 5.45 | $ | 32.70 | $ | 16.35 |
| 262 | 4 | EA | CAMB60HPCH150 | 1/6 sz. Amber Cover w/Handle - High Heat | | $ | 5.45 | $ | 21.80 | $ | 10.90 |
| 264 | 16 | EA | CAMB66HP772 | 1/6 sz. x 6"D, PLASTIC SANDSTONE Food Pan - High Heat | | $ | 10.90 | $ | 174.40 | $ | 87.20 |
| 271 | 2 | EA | TABL6BK | Drip Tray 6.5" Diameter Round Black RUBBER | | $ | 5.41 | $ | 10.82 | $ | 5.41 |
| 276 | 1 | EA | HALCSDH2571 | Salt/Pepper Shaker, 12 oz., Complete, S/S, with Handle | | $ | 2.24 | $ | 2.24 | $ | 1.12 |
| 279 | 15 | DZ | THUNFH001 | Red Bowl for Salads (1dz/cs) | | $ | 69.96 | $ | 1,049.40 | $ | 524.70 |
| 280 | 1 | EA | CERTK617004 | First Aid Kit, with ANSI items w/Firehouse Logo - Stocked | | $ | 83.25 | $ | 83.25 | $ | 41.63 |
| 283 | 4 | EA | VOLL52013 | Spatula/Scraper 13-1/2", White w/Thermoplastic Blade | | $ | 2.05 | $ | 8.20 | $ | 4.10 |
| 286 | 9 | EA | MUNDW565012 | Baker's Spatula, 12" x 1-1/2" (Steamer Spatula) | | $ | 9.06 | $ | 81.54 | $ | 40.77 |
| 288 | 6 | EA | MUNDR56506 | Red Handle, Baker's Spatula,6-1/2" | | $ | 6.00 | $ | 36.00 | $ | 18.00 |
| 289 | 18 | EA | MUNDW56506 | Baker's Spatula, 6-1/2" (Mayonnaise Spatula) | | $ | 5.53 | $ | 99.54 | $ | 49.77 |
| 299 | 3 | EA | VOLL47140 | #8 Disher, 4 oz, Grey Handle (Chicken and Tuna Salad) | | $ | 7.80 | $ | 23.40 | $ | 11.70 |
| 316 | 4 | EA | MUNDW562110 | Bread Knife, 10" Curved, Serrated Blade, White Handle | | $ | 8.11 | $ | 32.44 | $ | 16.22 |
| 318 | 14 | EA | MUNDW56209E | Sandwich Knife, 9" Serrated Blade, OFFSET | | $ | 9.52 | $ | 133.28 | $ | 66.64 |
| 321 | 3 | EA | UPDAKR1212 | Knife Rack, 12 Slot | | $ | 8.33 | $ | 24.99 | $ | 12.50 |
| 322 | 3 | EA | THUNSLGB018 | 18"L Magnetic Bar, Knife Holder | | $ | 4.56 | $ | 13.68 | $ | 6.84 |
| 323 | 3 | EA | FRAN2801216 | Knife Sharpener Accusharp w/Finger Guard | | $ | 6.30 | $ | 18.90 | $ | 9.45 |
| 339 | 3 | EA | THUNPLCB241805RD | Cutting Board 24" x 18", Red | | $ | 12.72 | $ | 38.16 | $ | 19.08 |
| 340 | 10 | EA | SANJCBM1016 | Cutting Board Mat | | $ | 14.03 | $ | 140.30 | $ | 70.15 |
| 341 | 3 | EA | WINCCB6K | Cutting Board Drying Rack w/Hooks (Holds 6 Cutting Boards) | | $ | 6.66 | $ | 19.98 | $ | 9.99 |
| 342 | 14 | PK | TABLC12463C | 24 oz Wide Mouth Sqeeze Bottle (6 Pack) | | $ | 6.84 | $ | 95.76 | $ | 47.88 |
| 344 | 6 | PK | TABLC11253C | 12 oz Wide Mouth Squeeze Bottle (6 Pack) | | $ | 5.17 | $ | 31.02 | $ | 15.51 |
| 351 | 4 | PK | FUNDCB32NSF22OON | 32 oz Squeeze Bottle, Multi Purpose, FIFO Btil, fills from bottom (6 Pack), med tip | | $ | 15.21 | $ | 60.84 | $ | 30.42 |
| 352 | 2 | PK | FUND5355130 | Small Valve Dispensing Cap, for FIFO Btls ONLY (6 Pack) GREEN | | $ | 4.86 | $ | 9.72 | $ | 4.86 |
| 353 | 2 | PK | FUND5355220 | Medium Valve Dispensing Cap, for FIFO Btls ONLY (6 Pack) YELLOW | | $ | 4.86 | $ | 9.72 | $ | 4.86 |
| 354 | 4 | PK | FUND5355300 | Large Valve Dispensing Cap, for FIFO Btls ONLY (6 Pack) BLUE | | $ | 4.86 | $ | 19.44 | $ | 9.72 |
| 356 | 4 | EA | TABL5524 | Check Holder Rail, 24"L, Aluminum for TSSU2712MC | | $ | 7.55 | $ | 30.20 | $ | 15.10 |
| 357 | 2 | EA | TABL5548 | Check Holder Rail, 48"L, Aluminum for TSSU4818MB | | $ | 15.05 | $ | 30.10 | $ | 15.05 |
| 358 | 1 | EA | TABL5572 | Check Holder Rail, 72"L, Aluminum for TSSU7230MBFH | | $ | 22.22 | $ | 22.22 | $ | 11.11 |
| 364 | 1 | EA | TRAE474006 | Lemon/Lime Condiment Dispenser, 2 QT., Black | | $ | 44.16 | $ | 44.16 | $ | 22.08 |
| 374 | 1 | EA | SANJSI6000 | Ice Tote - 6 Gallon - Blue Polycarbonate | | $ | 37.63 | $ | 37.63 | $ | 18.82 |
| 377 | 3 | EA | CARL1287714 | Order) | | $ | 4.65 | $ | 13.95 | $ | 6.98 |

| 379 | 3 | EA | WINCAS58 | Ice Scoop - 55 oz - Aluminum | | $ 5.10 | $ 15.30 | $ 7.65 |
| 380 | 3 | EA | SCOTKHOLDER | Metal Ice Scoop Holder | | $ 46.93 | $ 140.79 | $ 70.40 |
| 381 | 15 | EA | CONT8322BK | Wall Hugger Trash Container, Black | | $ 26.14 | $ 392.10 | $ 196.05 |
| 387 | 2 | EA | TABL1537G | Bus Tub 7"D Grey | | $ 5.99 | $ 11.98 | $ 5.99 |
| 388 | 12 | EA | CARL1182905 | 6 Quart Red Sani-Pail | | $ 2.83 | $ 33.96 | $ 16.98 |
| 391 | 3 | EA | CONT119 | Wet Floor Sign | | $ 13.08 | $ 39.24 | $ 19.62 |
| | | | | *Subtotal* | | | $ 4,813.69 | $ 2,406.85 |
| | | | | | | | | |
| | | | **CLEANING SUPPLIES** | | | | | $ - |
| 407 | 3 | ST | CARL3690405 | Mop Bucket Combo, 35 qt., with side press wringer, red | | $ 50.76 | $ 152.28 | $ 76.14 |
| 410 | 7 | EA | SYRC940872S | Mop handle, 53", RED for SYGMA Mopheads | | $ 6.67 | $ 46.69 | $ 23.35 |
| | | | | *Subtotal* | | | $ 198.97 | $ 99.49 |
| | | | | | | | | |
| | | | **MISC** | | | | | $ - |
| 416 | 1 | EA | | Slicer (Hobert) | | $2,690.00 | $ 2,690.00 | $ 1,345.00 |
| | 1 | | | POS System | | | $ 7,880.00 | $ 3,940.00 |
| | | | | | | | | $ - |
| 418 | | | **TOTAL** | | | $ | 56,873.00 | $28,314.49 |

# PLYMOUTH LOCATION

| Item # | Rec. Qty. | U/M | Part | Description | Condition | Price Per | Purchase Price | Liquidation Price |
|---|---|---|---|---|---|---|---|---|
| | | | | **Equipment** | | | | |
| 1 | 1 | EA | FIRETSSU7230MB | *Refrig Make Table 72", Red 12" cut board, 30-1/6 sz pans, 6" dp, 4-20" adapter bars* | Good | $ 3,523.04 | $ 3,523.04 | $ 1,761.52 |
| 7 | 1 | EA | FIRETSSU4818MB | *Refrig Make Table 48", Red 12" cut baord, 18-1/6 sz pans, 6" dp* | Good | $ 2,697.73 | $ 2,697.73 | $ 1,348.87 |
| 11 | 2 | EA | FIREGDM23RH | *Single Section Glass Door Right-Hinged Refrigerator w/Firehouse Subs Logo* | Good | $ 1,618.85 | $ 3,237.70 | $ 1,618.85 |
| 13 | 1 | SET | TRUE830277 | *Casters for GDM-23 Merchandiser, sold by set of 4* | Good | $  197.43 | $  197.43 | $   98.72 |
| 16 | 1 | EA | FIRET72 | *Three Section Reach-In Refrigerator* | Good | $ 3,654.19 | $ 3,654.19 | $ 1,827.10 |
| 20 | 2 | EA | FIRET23FRH | *One Section Reach-In Freezer---Right Hinge* | Good | $ 2,541.99 | $ 5,083.98 | $ 2,541.99 |
| 23 | 2 | SET | TRUE920158 | *Replacement Shelf Clips Zinc for Trued Refrigeration, Sold by the Set of 4* | Good | $    2.53 | $    5.06 | $    2.53 |
| 26 | Per Plan | EA | STAR214HXRETB | *Conveyor Toaster 208/30/1 - Metal Elements (RIGHT to LEFT)* | Good | $ 1,847.18 | $ 1,847.18 | $  923.59 |
| 34 | | EA | ANTU9100165 | *Roundup Countertop Steamer w/Timer, Manual Fill, 120V* | Good | $ 1,206.00 | $ 9,648.00 | $ 4,824.00 |
| 40 | 4 | EA | ANTU7000882 | *Replacement On/Off Toggle Switch---ROCKER SWITCH* | Good | $    8.83 | $   35.32 | $   17.66 |
| 47 | | EA | EAGLT3048SB | *48"L x 30"W Worktable w/stainless steel shelf* | Good | $  345.27 | $  345.27 | $  172.64 |
| 48 | Per | EA | EAGL3048SADJUS184 | *48"L x 30"W Undershelf ONLY for Worktable, stainless steel  (Special Order)* | Good | $  218.08 | $  218.08 | $  109.04 |
| 49 | Plan | EA | EAGLT3060SB | *60"L x 30"W Worktable w/stainless steel shelf* | Good | $  378.87 | $  378.87 | $  189.44 |
| 50 | | EA | EAGL3060SADJUS184 | *60"L x 30"W Undershelf ONLY for Worktable, stainless steel  (Special Order)* | Good | $  240.46 | $  240.46 | $  120.23 |
| 63 | | EA | BJPLGS1424 | *14" x 24" Shelf, Green Epoxy Coated* | Good | $   10.65 | $   31.95 | $   15.98 |
| 64 | Per | EA | SKIWLGS1430 | *14" x 30" Shelf, Green Epoxy Coated* | Good | $   12.27 | $   12.27 | $    6.14 |
| 77 | Plan | EA | SKIWLGS1854 | *18" x 54" Wall Shelf, Green Epoxy Coated* | Good | $   23.88 | $   95.52 | $   47.76 |
| 90 | | EA | BJPLGS2472 | *24" x 72" Shelf, Green Epoxy Coated* | Good | $   42.63 | $   42.63 | $   21.32 |
| 101 | | EA | TAYLTE10R | *Digital Portion Scale, 10 lb x 1/8 oz, Battery is Rechargeable, Larger Platform* | Good | $  131.46 | $  131.46 | $   65.73 |
| 103 | | EA | EDLUDS10 | *Digital Portion Scale, 10 lb x .1 oz* | Good | $  232.56 | $  232.56 | $  116.28 |
| 105 | 1 | EA | TAYLTE150 | *Digital Receiving Scale, 150 lb x .2 lb* | Good | $  119.70 | $  119.70 | $   59.85 |
| 113 | 1 | EA | NEMCN556001 | *Tomato Slicer, Manual 3/16" Cut* | Good | $  187.50 | $  187.50 | $   93.75 |
| 114 | 1 | EA | NEMCSC4661 | *3/16" Easy Tomato Slicer Replacement Blade Assembly, Serrated* | Good | $   35.85 | $   35.85 | $   17.93 |
| 115 | 1 | EA | NEMC4661 | *3/16" Easy Tomato Slicer Replacement Blade Assembly, Straight* | Good | $   25.83 | $   25.83 | $   12.92 |
| 116 | 1 | EA | NEMC556251 | *3/16" Easy Tomato Slicer Pusher Assembly* | Good | $   77.66 | $   77.66 | $   38.83 |
| 118 | 1 | EA | NEMC566001 | *Tomato Slicer II, Manual 3/16" Cut, PRETENSIONED BLADE CARTRIDGE* | Good | $  258.67 | $  258.67 | $  129.34 |
| 128 | 1 | EA | NEMCN555506 | *Wedger 6 Section* | Good | $  104.55 | $  104.55 | $   52.28 |
| 132 | 3 | EA | MOEQDELIWRAP15X15 | *Deli Wrap Holder,* **15 x 15** | Good | $   40.81 | $  122.43 | $   61.22 |
| 137 | 1 | EA | CUSTSAUCERAILFH | *Custom Formica Sauce Rail  48-1/2"L x 8"W* | Good | $  275.00 | $  275.00 | $  137.50 |
| 147 | 2 | EA | NEMC6055A | *Countertop Food Warmer* | Good | $  101.79 | $  203.58 | $  101.79 |

| # | Qty | Unit | Code | Description | Cond. | Price | Ext. | Value |
|---|---|---|---|---|---|---|---|---|
| 159 | 1 | EA | AMANRCS10DSE | Microwave Oven, 1000 watts | Good | $ 326.98 | $ 326.98 | $ 163.49 |
| 162 | 1 | SET | M&SBRACEBRACKET | Bracing Bracket for Slicer Table | Good | $ 27.75 | $ 27.75 | $ 13.88 |
| 167 | 1 | EA | RUBBFG78188LPLAT | Baby Changing Station, Horizontal | Good | $ 144.60 | $ 144.60 | $ 72.30 |
| | | | | Subtotal | | | $ 33,568.80 | $ 16,784.40 |
| | | | | | | | $ | - |
| | | | | **Furniture and Seating** | | | $ | - |
| 168 | 50 | EA | SKIC2012 | NEW RED STACKABLE CHAIRS--COMPLETE WITH SEAT CUSHION | Good | $ 45.50 | $ 2,275.00 | $ 1,137.50 |
| 171 | 3 | EA | SKIREDBARSTOOLFRAME | Barstool Frame Only, Red Ladderback | Good | $ 45.32 | $ 135.96 | $ 67.98 |
| 177 | 21 | EA | SKICTT2430FH | 24" x 30" Dalmation Tabletop | Good | $ 58.30 | $ 1,224.30 | $ 612.15 |
| 179 | 1 | EA | SKICTT2448FH | 24" x 48" Dalmation Tabletop  ADA Tabletop | Good | $ 68.30 | $ 68.30 | $ 34.15 |
| 194 | 1 | EA | CUSTZZZCASTER | Rplcmnt Caster for Trash Cab. (Each) (Allow 3 Weeks from Ordering) | Good | $ 8.79 | $ 8.79 | $ 4.40 |
| 195 | 1 | EA | CUSTZZZDOOR | Rplcmnt Door for Trash Cab.-need info. to Order(Allow 3 Weeks from Ordering) | Good | $ 193.39 | $ 193.39 | $ 96.70 |
| 196 | 1 | EA | CUSTZZZLINER | Rplcmnt Bottom Liner for Trash Cab.(Allow 3 Weeks from Ordering) | Good | $ 96.60 | $ 96.60 | $ 48.30 |
| 198 | 1 | EA | PLAN22024300150 | Outdoor Tabletop & Base, 24" x 30", Mesh,  **2-TOP, WILL NOT HOLD UMBRELLA** --PLAN23427000150 | Good | $ 132.78 | $ 132.78 | $ 66.39 |
| 207 | 1 | EA | OLDS1RO | High Chair w/Safety Straps, Natural in color | Good | $ 58.64 | $ 58.64 | $ 29.32 |
| 209 | 1 | ST | HOWA9FS0025 | Firehouse Standard Menu Board--- **HARDWARE ONLY,  NO MAGNETS** | Good | $ 1,574.89 | $ 1,574.89 | $ 787.45 |
| | | | | Subtotal | | | $ 5,768.65 | $ 2,884.33 |
| | | | | | | | $ | - |
| | | | | **Plumbing** | | | $ | - |
| 212 | Per | EA | BOOSE3S81812T18 | 3 Comp. Sink 18" x 18" w/18" Drainbd Left&Right, 12" Dp(90" Overall) | Good | $ 542.01 | $ 542.01 | $ 271.01 |
| 213 | Plan | EA | BOOSE3S3182414T24 | 3 Comp. Sink 18"x24" w/24" Drainbd Left&Right, 14" Dp104" Overall | Good | $ 818.81 | $ 818.81 | $ 409.41 |
| 214 | 1 | EA | T&SB0133B | Pre-Rinse w/Flex Hose & Wall Bracket, for 3-comp sinks | Good | $ 244.21 | $ 244.21 | $ 122.11 |
| 221 | 1 | EA | T&SB0267 | Faucet 12" Dbl Jointswing Nozzle---this would replace T&SB0231 | Good | $ 163.66 | $ 163.66 | $ 81.83 |
| 222 | Per | EA | BOOSPBHSW1410P | Hand Sink w/Faucet 15" x 17" | Good | $ 108.90 | $ 217.80 | $ 108.90 |
| 223 | Plan | EA | BOOSPBHSW1410PSSLR | Hand Sink w/Faucet 15" x 17" w/Splash Guards | Good | $ 145.00 | $ 290.00 | $ 145.00 |
| | | | | Subtotal | | | $ 2,276.49 | $ 1,138.25 |
| | | | | | | | $ | - |
| | | | | **Smallwares** | | | $ | - |
| 227 | 4 | EA | CAMB26CF110 | 1/2 sz. x 6"D Coldfest Pan, w/chillable Gel | Good | $ 28.96 | $ 115.84 | $ 57.92 |
| 235 | 20 | EA | CAMB20PPCWSC438 | 1/2 sz.  **SEAL**  Cover for Food Pan | Good | $ 3.01 | $ 60.20 | $ 30.10 |
| 237 | | EA | CAMB26CW135 | 1/2 sz x 6"D Clear Food Pan | Good | $ 7.81 | $ 367.07 | $ 183.54 |
| 238 | 11 | EA | CAMB30CWC135 | 1/3 sz. Clear Cover for Food Pan w/out Handle | Good | $ 2.84 | $ 31.24 | $ 15.62 |
| 239 | 20 | EA | CAMB30PPCWSC438 | 1/3 sz.  **SEAL**  Cover for Food Pan | Good | $ 2.26 | $ 45.20 | $ 22.60 |
| 242 | 22 | EA | CAMB36CW135 | 1/3 sz x 6"D Clear Food Pan | Good | $ 5.89 | $ 129.58 | $ 64.79 |
| 243 | 20 | EA | CAMB60CWC135 | 1/6 sz. Clear Cover for Food Pan | Good | $ 2.03 | $ 40.60 | $ 20.30 |

| 249 | 10 | EA | CAMB64CW135 | 1/6 sz. x 4"D Clear Food Pan | Good | $ | 3.05 | $ | 30.50 | $ | 15.25 |
| 251 | 10 | EA | CAMB90CWC135 | 1/9 sz. Clear Lid | Good | $ | 2.26 | $ | 22.60 | $ | 11.30 |
| 256 | 20 | EA | CAMB94CW135 | 1/9 sz. x 4"D Clear Food Pan | Good | $ | 3.34 | $ | 66.80 | $ | 33.40 |
| 257 | 11 | EA | CAMB30HPC150 | 1/3 sz. Amber Cover for Food Pan - High Heat | Good | $ | 7.69 | $ | 84.59 | $ | 42.30 |
| 258 | 4 | EA | CAMB30HPCH150 | 1/3 sz. Amber Cover w/Handle - High Heat | Good | $ | 8.68 | $ | 34.72 | $ | 17.36 |
| 260 | 21 | EA | CAMB36HP772 | 1/3 sz. x 6"D, PLASTIC SANDSTONE Food Pan - High Heat | Good | $ | 19.39 | $ | 407.19 | $ | 203.60 |
| 261 | 6 | EA | CAMB60HPC150 | 1/6 sz. Amber Cover w/out Handle - High Heat | Good | $ | 5.45 | $ | 32.70 | $ | 16.35 |
| 262 | 4 | EA | CAMB60HPCH150 | 1/6 sz. Amber Cover w/Handle - High Heat | Good | $ | 5.45 | $ | 21.80 | $ | 10.90 |
| 263 | 2 | EA | CAMB60HPCHN150 | 1/6 sz. Amber Notched Cover w/Handle - High Heat | Good | $ | 5.45 | $ | 10.90 | $ | 5.45 |
| 264 | 10 | EA | CAMB66HP772 | 1/6 sz. x 6"D, PLASTIC SANDSTONE Food Pan - High Heat | Good | $ | 10.90 | $ | 109.00 | $ | 54.50 |
| 268 | 6 | EA | CAMBRFSCW4135 | 4 Quart Clear Storage Container | Good | $ | 6.78 | $ | 40.68 | $ | 20.34 |
| 270 | 6 | EA | CAMBRFSCWC2135 | Clear Lid for 2 & 4 Qt. Clear Storage Cont. | Good | $ | 1.87 | $ | 11.22 | $ | 5.61 |
| 271 | 2 | EA | TABL6BK | Drip Tray 6.5" Diameter Round Black RUBBER | Good | $ | 5.41 | $ | 10.82 | $ | 5.41 |
| 276 | 1 | EA | HALCSDH2571 | Salt/Pepper Shaker, 12 oz., Complete, S/S, with Handle | Good | $ | 2.24 | $ | 2.24 | $ | 1.12 |
| 280 | 1 | EA | CERTK617004 | First Aid Kit, with ANSI items w/Firehouse Logo - Stocked | Good | $ | 83.25 | $ | 83.25 | $ | 41.63 |
| 284 | 2 | EA | VOLL52016 | Spatula/Scraper 16-1/2", White w/Thermoplastic Blade | Good | $ | 2.44 | $ | 4.88 | $ | 2.44 |
| 286 | 9 | EA | MUNDW565012 | Baker's Spatula, 12" x 1-1/2" (Steamer Spatula) | Good | $ | 9.06 | $ | 81.54 | $ | 40.77 |
| 288 | 6 | EA | MUNDR56506 | Red  Handle, Baker's Spatula,6-1/2" | Good | $ | 6.00 | $ | 36.00 | $ | 18.00 |
| 289 | 8 | EA | MUNDW56506 | Baker's Spatula, 6-1/2" (Mayonaise Spatula) | Good | $ | 5.53 | $ | 44.24 | $ | 22.12 |
| 316 | 4 | EA | MUNDW562110 | Bread Knife, 10" Curved, Serrated Blade, White Handle | Good | $ | 8.11 | $ | 32.44 | $ | 16.22 |
| 318 | 7 | EA | MUNDW56209E | Sandwich Knife, 9" Serrated  Blade, OFFSET | Good | $ | 9.52 | $ | 66.64 | $ | 33.32 |
| 321 | 3 | EA | UPDAKR1212 | Knife Rack, 12 Slot | Good | $ | 8.33 | $ | 24.99 | $ | 12.50 |
| 322 | 3 | EA | THUNSLGB018 | 18"L Magnetic Bar, Knife Holder | Good | $ | 4.56 | $ | 13.68 | $ | 6.84 |
| 323 | 3 | EA | FRAN2801216 | Knife Sharpener Accusharp w/Finger Guard | Good | $ | 6.30 | $ | 18.90 | $ | 9.45 |
| 339 | 3 | EA | THUNPLCB241805RD | Cutting Board 24" x 18", Red | Good | $ | 12.72 | $ | 38.16 | $ | 19.08 |
| 340 | 6 | EA | SANJCBM1016 | Cutting Board Mat | Good | $ | 14.03 | $ | 84.18 | $ | 42.09 |
| 341 | 3 | EA | WINCCB6K | Cutting Board Drying Rack w/Hooks (Holds 6 Cutting Boards) | Good | $ | 6.66 | $ | 19.98 | $ | 9.99 |
| 342 | 8 | EA | TABLC12463C | 24 oz Wide Mouth Sqeeze Bottle (6 Pack) | Good | $ | 6.84 | $ | 54.72 | $ | 27.36 |
| 344 | 6 | PK | TABLC11253C | 12 oz Wide Mouth Squeeze Bottle (6 Pack) | Good | $ | 5.17 | $ | 31.02 | $ | 15.51 |
| 351 | 4 | PK | FUNDCB32NSF220ON | 32 oz Squeeze Bottle, Multi Purpose, FIFO Btil, fills from bottom (6 Pack), med tip | Good | $ | 15.21 | $ | 60.84 | $ | 30.42 |
| 352 | 2 | PK | FUND5355130 | Small Valve Dispensing Cap, for FIFO Btls ONLY (6 Pack)  GREEN | Good | $ | 4.86 | $ | 9.72 | $ | 4.86 |
| 353 | 2 | PK | FUND5355220 | Medium Valve Dispensing Cap, for FIFO Btls ONLY (6 Pack)  YELLOW | Good | $ | 4.86 | $ | 9.72 | $ | 4.86 |
| 356 | 4 | EA | TABL5524 | Check Holder Rail, 24"L, Aluminum for TSSU2712MC | Good | $ | 7.55 | $ | 30.20 | $ | 15.10 |
| 357 | 2 | EA | TABL5548 | Check Holder Rail, 48"L, Aluminum for TSSU4818MB | Good | $ | 15.05 | $ | 30.10 | $ | 15.05 |
| 358 | 1 | EA | TABL5572 | Check Holder Rail, 72"L, Aluminum for TSSU7230MBFH | Good | $ | 22.22 | $ | 22.22 | $ | 11.11 |
| 364 | 1 | EA | TRAE474006 | Lemon/Lime Condiment Dispenser, 2 QT.,  Black | Good | $ | 44.16 | $ | 44.16 | $ | 22.08 |
| 374 | 1 | EA | SANJSI6000 | Ice Tote - 6 Gallon - Blue Polycarbonate | Good | $ | 37.63 | $ | 37.63 | $ | 18.82 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 377 | 3 | EA | CARL1287714 | Icemaster Tote Bracket,Wall Mount, Polypropylene, Blue, Sold Separately (Special Order) | Good | $ 4.65 | $ 13.95 | $ 6.98 |
| 379 | 3 | EA | WINCAS58 | Ice Scoop - 55 oz - Aluminum | Good | $ 5.10 | $ 15.30 | $ 7.65 |
| 380 | 3 | EA | SCOTKHOLDER | Metal Ice Scoop Holder | Good | $ 46.93 | $ 140.79 | $ 70.40 |
| 381 | 7 | EA | CONT8322BK | Wall Hugger Trash Container, Black | Good | $ 26.14 | $ 182.98 | $ 91.49 |
| 387 | 2 | EA | TABL1537G | Bus Tub 7"D Grey | Good | $ 5.99 | $ 11.98 | $ 5.99 |
| 388 | 5 | EA | CARL1182905 | 6 Quart Red Sani-Pail | Good | $ 2.83 | $ 14.15 | $ 7.08 |
| 391 | 3 | EA | CONT119 | Wet Floor Sign | Good | $ 13.08 | $ 39.24 | $ 19.62 |
| | | | | *Subtotal* | | | $ 2,973.09 | $ 1,486.55 |
| | | | | | | | | $ - |
| | | | | **CLEANING SUPPLIES** | | | | $ - |
| 407 | 3 | ST | CARL3690405 | Mop Bucket Combo, 35 qt., with side press wringer, red | Good | $ 50.76 | $ 152.28 | $ 76.14 |
| 410 | 7 | EA | SYRC940872S | Mop handle, 53", RED for SYGMA Mopheads | Good | $ 6.67 | $ 46.69 | $ 23.35 |
| | | | | *Subtotal* | | | $ 198.97 | $ 99.49 |
| | | | | | | | | $ - |
| | | | | **MISC** | | | | $ - |
| 416 | 1 | EA | | Slicer (Hobert) | Good | $ 2,690.00 | $ 2,690.00 | $ 1,345.00 |
| | 1 | | | POS Sytem | | | $ 7,490.00 | $ 3,745.00 |
| | | | | **TOTAL** | | $ | 54,966.00 | $ 27,483.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1**  **EHL LLC AND LA LLC**<br>Creditor's Name<br>**ATTN: ROGER SITZMAN PRES**<br>**1078 OVERLOOK DRIVE**<br>**Chaska, MN 55318**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**ALL ASSETS** | **$202,000.00** | **$68,376.15** |
| | Describe the lien<br>**UCC-1 FINANCING STATEMENT**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**07/23/2019**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2**  **PAMSTAL RESTAURANTS LLC**<br>Creditor's Name<br>**1024 RIVER DRIVE**<br>**River Falls, WI 54022**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**FIXTURES, EQUIPMENT, AND INVENTORY** | $64,105.00 | $0.00 |
| | Describe the lien<br>**UCC-1 FINANCING STATEMENT**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**12/20/2022**<br>**Last 4 digits of account number** | | | |

Debtor    **MR INVESTMENTS, LLC**
Name                                              Case number (if known)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **US SMALL BUSINESS ADMINISTRATION** | **Describe debtor's property that is subject to a lien** | $499,900.00 | $0.00 |

Creditor's Name

**EIDL LOAN**
**2 NORTH ST STE 320**
**Birmingham, AL 35203**
Creditor's mailing address

**BLANKET LIEN - ALL ASSETS**

**Describe the lien**
**UCC-1 FINANCING STATEMENT**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**06/01/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $766,005.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US SMALL BUSINESS ADMIN**<br>**MINNESOTA DISTRICT OFFICE**<br>**330 2nd AVE S STE 430**<br>**Minneapolis, MN 55401-2224** | Line  **2.3** | |

**Fill in this information to identify the case:**

Debtor name  **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**IRS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72,298.00 | $72,298.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**MINNESOTA DEPT OF REV COLLECTION DIVISION**<br>**PO BOX 64564**<br>**Saint Paul, MN 55164-0564** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $60,000.00 | $60,000.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**PRIORITY TAXES** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **MR INVESTMENTS, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142,419.33**

**BUSINESS BAKER**
**10856 REED HARTMAN HWY STE 100**
**BLUE ASH, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

**FIREHOUSE OF AMERICA LLC**
**ATTN DON FOX CEO**
**12735 GRAN BAY PARKWAY STE 150**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED / ROYALTY FEES**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,000.00**

**KYLEESTATE II LLC**
**ATTN KYLE R SIMONSON CHIEF MGR**
**13950 GROVE DR STE 300**
**Osseo, MN 55311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED / LANDLORD**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,873.00**

**MEDA**
**1256 PENN AVE. N SUITE 4800**
**Minneapolis, MN 55411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**MINNESOTA UNEMPLOYMENT INSURANCE**
**PO BOX 4629**
**Saint Paul, MN 55101-4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**STEVEN AND PATRICIA LINEHAN**
**1024 RIVER DRIVE**
**River Falls, WI 54022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED/POSSIBLE CLAIM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**TAMARACK VILLAGE SHOPPING CENTER**
**7650 EDIENBOROUGH WAY STE 375**
**EDINA, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UNSECURED**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MR INVESTMENTS, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US ATTORNEY**
**600 US COURTHOUSE**
**300 S FOURTH ST**
**Minneapolis, MN 55415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LIBRA LAW LLC**<br>**DAVID A LIBRA ESQ**<br>**7760 FRANCE AVE S STE 1100**<br>**BLOOMINGTON, MN 55435** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **RCMUIR MANAGEMENT LLC**<br>**ATTN KRISTIN MUIR**<br>**334 NE 1ST AVE**<br>**Delray Beach, FL 33444** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **TAMARACK VILLAGE SHOPPING CENTER, LP**<br>**CO DORAN MANAGEMENT LLC**<br>**7803 GLENROY RD STE 200**<br>**BLOOMINGTON, MN 55439** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 132,298.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 242,292.33 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 374,590.33 |

**Fill in this information to identify the case:**

Debtor name  **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **FRANCHISE AGREEMENT** | |
| | State the term remaining | | **FIREHOUSE OF AMERICA LLC**<br>**ATTN DON FOX CEO**<br>**12735 GRAN BAY PARKWAY STE 150**<br>**Jacksonville, FL 32258** |
| | List the contract number of any government contract | **N/A** | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE AGREEMENT - 2855 GLACIER LANE, PLYMOUTH, MN 55447 ENDING: AUGUST 31, 2023** | |
| | State the term remaining | | **KYLEESTATE II LLC**<br>**ATTN KYLE R SIMONSON CHIEF MGR**<br>**13950 GROVE DR STE 300**<br>**Osseo, MN 55311** |
| | List the contract number of any government contract | **N/A** | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **ASSET PURCAHSE AGREEMENT - WOODBURY, MN LOCATION (SELLER FINANCED, 105,000 FOR 15 YEARS AT 4% INTEREST, PAYMENT OF $776.67 PER MONTH STARTING IN DECEMBER 15, 2018) ENDING: DECEMBER 15, 2033** | |
| | State the term remaining | | **PAMSTAL RESTAURANTS LLC**<br>**1024 RIVER DRIVE**<br>**River Falls, WI 54022** |
| | List the contract number of any government contract | **N/A** | |

Debtor 1   **MR INVESTMENTS, LLC**                                          Case number *(if known)*
　　　　　First Name        Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **COMMERCIAL LEASE AGREEMENT - 8390 TAMARAK VILLAGE, WOODBURY, MN 55125** | |
|---|---|---|---|
| | State the term remaining | | **TAMARACK VILLAGE SHOPPING CENTER 7650 EDIENBOROUGH WAY STE 375 EDINA, MN 55435** |
| | List the contract number of any government contract | **N/A** | |

**Fill in this information to identify the case:**

Debtor name   **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **ROGER SITZMANN** | **6535 LYNDALE AVE S RICHFIELD, MN 55423 GUARANTOR** | **KYLEESTATE II LLC** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name   **MR INVESTMENTS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MINNESOTA

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$221,301.05** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$1,087,418.23** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **GROSS REVENUE** | **$1,454,143.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount

| Debtor | MR INVESTMENTS, LLC | Case number *(if known)* |
|---|---|---|

may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **KYLEESTATES II, LLC VS. MR INVESTMENTS, LLC** 27-CV-23-2229 | **EVICTION COMPLAINT** | **HENNEPIN COUNTY** Minneapolis, MN 55487 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor    **MR INVESTMENTS, LLC** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>**LAMEY LAW FIRM, P.A.**<br>**980 INWOOD AVE N**<br>**OAKDALE, MN 55128-7094** | **ATTORNEY FEES AND COURT FILING FEE** | **MARCH 23, 2023 $3000**<br>**MARCH 28, 2023 $4500**<br>**APRIL 4, 2023 $5000** | **$12,500.00** |
| Email or website address<br>**JLAMEY@LAMEYLAW.COM** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1.<br>**VARIOUS PERSONS/ENTITIES** | **THE DEBTOR SOLD ASSETS WITH AN AUCTION COMPANY ON A STORE THAT CLOSED.** | **2022** | **$9,000.00** |
| Relationship to debtor<br>**NONE.** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **MR INVESTMENTS, LLC** _____   Case number *(if known)* _____

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **MR INVESTMENTS, LLC**                             Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor    **MR INVESTMENTS, LLC**                                        Case number *(if known)*

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **FRALEY BOOKKEEPING SERVICES**<br>**7263 97TH ST S**<br>**Cottage Grove, MN 55016** | **LAST 2+ YEARS** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **MICAHEL J. RUOHO** | **2207 EMERALD LANE**<br>Saint Paul, MN 55119 | **CHIEF MANAGER, OWNER** | **100% OWNER VIA MR INVESTMENT HOLDINGS, INC.** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☐ Yes. Identify below.

---

Debtor    **MR INVESTMENTS, LLC** _____    Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **MICAHEL J. RUOHO**<br>**2207 EMERALD LANE**<br>**Saint Paul, MN 55119** | **REASONABLE WAGES AND DRAWS** | **LAST 12+ MONTHS** | **SERVICES RENDERED** |
| **Relationship to debtor**<br>**CHIEF MANAGER** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **April  4, 2023** _____

**/s/ MICHAEL J. RUOHO** _____     **MICHAEL J. RUOHO** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **CHIEF MANAGER** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

LOCAL FORM  1007-1
REVISED  06/16

# United States Bankruptcy Court
### District of Minnesota

In re   **MR INVESTMENTS, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.       Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal Services, I have agreed to accept    ...........................    $   **HOURLY - $350.00**
Prior to the filing of this statement I have received    ..............    $   **12,500.00**
Balance Due    ..........................................................................    $   **TO BE DETERMINED**

2.    The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3.    The source of the compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.     In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. §528(a)(1), I have agreed to render legal service for all aspects of the bankruptcy case, including:

   **a.**. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   **b.**. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   **c.**. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   **d.**. Representation of the debtor in contested bankruptcy matters; and

   **e.**. Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements in the Statement of Financial Affairs to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

CERTIFICATION

Page 1 of 2

LOCAL FORM 1007-1
REVISED 06/16

I certify that the foregoing, together with the written contract required by 11 U.S.C. §528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: **April 4, 2023**

Signature of Attorney
**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

# United States Bankruptcy Court
### District of Minnesota

In re    **MR INVESTMENTS, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CHIEF MANAGER** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 4, 2023**

Signature    **/s/ MICHAEL J. RUOHO**
            **MICHAEL J. RUOHO**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Minnesota

In re   **MR INVESTMENTS, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CHIEF MANAGER of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  4, 2023**

**/s/ MICHAEL J. RUOHO**

**MICHAEL J. RUOHO/CHIEF MANAGER**
Signer/Title

BUSINESS BAKER
10856 REED HARTMAN HWY STE 100
BLUE ASH OH 45242


EHL LLC AND LA LLC
ATTN: ROGER SITZMAN PRES
1078 OVERLOOK DRIVE
CHASKA MN 55318


FIREHOUSE OF AMERICA LLC
ATTN DON FOX CEO
12735 GRAN BAY PARKWAY STE 150
JACKSONVILLE FL 32258


IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346


KYLEESTATE II LLC
ATTN KYLE R SIMONSON CHIEF MGR
13950 GROVE DR STE 300
OSSEO MN 55311


LIBRA LAW LLC
DAVID A LIBRA ESQ
7760 FRANCE AVE S STE 1100
BLOOMINGTON MN 55435


MEDA
1256 PENN AVE. N SUITE 4800
MINNEAPOLIS MN 55411


MINNESOTA DEPT OF REV
COLLECTION DIVISION
PO BOX 64564
SAINT PAUL MN 55164-0564

MINNESOTA UNEMPLOYMENT INSURANCE
PO BOX 4629
SAINT PAUL MN 55101-4629


PAMSTAL RESTAURANTS LLC
1024 RIVER DRIVE
RIVER FALLS WI 54022


RCMUIR MANAGEMENT LLC
ATTN KRISTIN MUIR
334 NE 1ST AVE
DELRAY BEACH FL 33444


ROGER SITZMANN
6535 LYNDALE AVE S
RICHFIELD MN 55423


STEVEN AND PATRICIA LINEHAN
1024 RIVER DRIVE
RIVER FALLS WI 54022


TAMARACK VILLAGE SHOPPING CENTER
7650 EDIENBOROUGH WAY STE 375
EDINA MN 55435


TAMARACK VILLAGE SHOPPING CENTER, LP
CO DORAN MANAGEMENT LLC
7803 GLENROY RD STE 200
BLOOMINGTON MN 55439


US ATTORNEY
600 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS MN 55415


US SMALL BUSINESS ADMIN
MINNESOTA DISTRICT OFFICE
330 2ND AVE S STE 430
MINNEAPOLIS MN 55401-2224

US SMALL BUSINESS ADMINISTRATION
EIDL LOAN
2 NORTH ST STE 320
BIRMINGHAM AL 35203

# United States Bankruptcy Court
### District of Minnesota

In re   **MR INVESTMENTS, LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MR INVESTMENTS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April  4, 2023**

Date

**/s/ JOHN D. LAMEY III**

**JOHN D. LAMEY III 0312009**

Signature of Attorney or Litigant

Counsel for   **MR INVESTMENTS, LLC**

**LAMEY LAW FIRM, P.A.**

**980 INWOOD AVE N**
**OAKDALE, MN 55128-7094**
**651.209.3550 Fax:651.789.2179**
**JLAMEY@LAMEYLAW.COM**